## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **PAUL A. BELLO** | * | **CIVIL ACTION** |
| | * | |
| **Plaintiff,** | * | **NO. 07-4793** |
| | * | |
| **VERSUS** | * | |
| | * | |
| **HORACE MANN COMPANIES A.K.A** | * | **SECTION  "S" (1)** |
| **TEACHERS INSURANCE CO. AND** | * | |
| **NATIONAL FLOOD INSURANCE PROGRAM** | * | |
| | * | |
| **Defendants.** | * | |
| | * | |

**********************************************

### PRELIMINARY WITNESS AND EXHIBIT LIST

**NOW INTO COURT**, through the undersigned Assistant United States Attorney, comes the federal defendant, R. David Paulison, Director of the Federal Emergency Management Agency, which administers the National Flood Insurance Program, who submits the following may call witness and exhibit lists.

The Federal Defendant may call the following witnesses:

1) Joe Buzzelli of Buzzelli Adjusting Services, Inc., the independent adjuster hired by the NFIP Servicing Agent to adjust plaintiff's property;

2) Scott Holmes of CSC, Inc., the NFIP Servicing Agent for FEMA's direct flood policies, or alternatively a FEMA employee who would serve a similar role;

3) Any witness listed by any other party.

4) Any witnesses whose identity is not reasonably discernible at the time of filing this witness list.

5) The defendant reserves the right to amend this witness list at a later date.

-1-

The Federal Defendant may use the following exhibits:

1) The relevant, non-privileged portion of the flood claim file related to plaintiff's property and flood claim, including Joe Buzzelli's estimate;

2) Any relevant policy provisions from the Standard Flood Insurance Policy;

3) Photographs of the subject property;

4) Any exhibit listed by any other party;

5) Any exhibits whose identity is not reasonably discernible at the time of filing this exhibit list;

6) The defendant reserves the right to amend this exhibit list at a later date.

Respectfully submitted,

JIM LETTEN
UNITED STATES ATTORNEY


/s/ *Jason M. Bigelow*
Jason M. Bigelow (29761)
Assistant United States Attorney
Hale Boggs Federal Building
500 Poydras Street, Room 210B
New Orleans, LA 70130
(504) 680-3025

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the above and foregoing has been served upon counsel for all parties by ECF, facsimile, or mailing the same to each, properly addressed and postage prepaid this 21st day of September, 2009.

/s/ *Jason M. Bigelow*
JASON M. BIGELOW
Assistant United States Attorney