UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| PAUL A. BELLO | CIVIL ACTION |
| VERSUS | NO: 07-4793 |
| HORACE MANN COMPANIES ET AL. | SECTION: "S" (1) |

### PARTIAL ORDER OF DISMISSAL

The court having been advised by counsel for plaintiff that plaintiff and Fema have firmly agreed upon a compromise, IT IS ORDERED that the action be and it is hereby dismissed without prejudice, as to Fema, to the right, upon good cause shown, to reopen the action or to seek summary judgment enforcing the compromise if settlement is not consummated within a reasonable time.  Each party will bear its own costs.  The Court retains jurisdiction for all purposes, including enforcing the settlement agreement entered into by plaintiff and Fema.

New Orleans, Louisiana, this 18th day of November, 2009.

_____
MARY ANN VIAL LEMMON
UNITED STATES DISTRICT JUDGE