UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| PAUL A. BELLO | CIVIL ACTION |
| VERSUS | NO: 07-4793-MVL-SS |
| HORACE MANN COMPANIES, et al | |

### ORDER

PLAINTIFF'S MOTION TO COMPEL (Rec. doc. 70)

**DENIED**

  The plaintiff, Paul A. Bello ("Bello"), seeks damages from Hurricane Katrina to his property located at 3117 State Street Drive in New Orleans. Rec. doc. 1. The discovery deadline is May 17, 2010, the pretrial conference is set for July 15, 2010, and the trial is set for August 16, 2010. Rec. doc. 65. On January 11, 2010, Bello filed a motion to compel. He contends that the defendant, Teachers Insurance Company ("Teachers"), failed to respond to a second set of written discovery.

  Teachers replies that: (1) Bello's interrogatories exceed the limit set by Fed. R. Civ. P. 33(a)(1); (2) the second set of discovery is duplicative of prior discovery; and (3) the prior discovery as well as the second set of discovery are objectionable. Rec. doc. 72.

  In response to Bello's first set of interrogatories, Teachers reported that Rimkus Engineering inspected the property. Rec. doc. 72 (Exhibit HM-2 at 5). There is no reference to Rimkus Engineering in the complaint. Bello's second set of interrogatories and supplemental request for production seek information concerning Rimkus Engineering, including: (a) the gross amount paid by Teachers to Rimkus Engineering for 2005 through 2009; (b) the amount paid by Teachers to Rimkus for its involvement in the property located at 3117 State Street Drive; and (c) documents

relating to such payments.

The parties may obtain discovery regarding any matter, not privileged, that is relevant to the claim or defense of any party.  Fed R. Civ. P. 26 (b)(1).  Bello has not demonstrated that the information sought regarding payments to Rimkus Engineering is relevant.  The pleadings do not demonstrate that the information is relevant to the parties' claims and defenses.  Accordingly,

IT IS ORDERED that Bello's motion to compel (Rec. doc. 70) is DENIED.

New Orleans, Louisiana, this 3rd day of February, 2010.

**SALLY SHUSHAN**
**United States Magistrate Judge**